UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs | § § | 5:20-MJ-2289-1 |
| SEARCH WARRANT | § | |

## **ORDER**

On January 13, 2021, a Motion to Unseal Search Warrant and Affidavits and for Return of Property as per Rule 41 was filed. (Dkt. No. 2).

The Government is ORDERED to file a Response no later than January 28, 2021.

DONE at Laredo, Texas, this the 14th day of January, 2021.

_____
CHRISTOPHER DOS SANTOS
United States Magistrate Judge